MAO
x9290

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jorge Luis ATONDO-Valdes,<br>Noe Jonathan RUVALCAVA-Palominos,<br>Ulises Imanol SARABIA-Tellez,<br><br>Defendants. | Magistrate Docket No. '21 MJ01705<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |

The undersigned complainant being, duly sworn, states:

On or about April 29, 2021, within the Southern District of California, defendants Jorge Luis ATONDO-Valdez, Noe Jonathan RUVALCAVA-Palominos and Ulises Imanol SARABIA-Tellez, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Elibeth DE LEON-Gonzalez, Lucia Esmeralda GUZMAN-Coyoy, Martha HURTADO-Espinoza and Karla Marcelina URIBE-Arvizu, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON APRIL 30, 2021.

HON. BARBARA L. MAJOR
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Jorge Luis ATONDO-Valdes,
Noe Jonathan RUVALCAVA-Palominos, Ulises Imanol SARABIA-Tellez,

## PROBABLE CAUSE STATEMENT

The complainant states that Elibeth DE LEON-Gonzalez, Lucia Esmeralda GUZMAN-Coyoy, Martha HURTADO-Espinoza and Karla Marcelina URIBE-Arvizu, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 29, 2021, Border Patrol Agent S. Lebron, was conducting his assigned duties in the Imperial Beach Border Patrol Station's area of responsibility. Agent Lebron was in plain clothes with his badge displayed around his neck. At approximately 2:00 AM, Agent Lebron responded to a request to conduct an immigration inspection of approximately 21 individuals at Ballast Point, Point Loma Naval Base, in San Diego, California. The 21 individuals were intercepted on a vessel by an Air and Marine Operations unit. Ballast Point is approximately 15 miles north of the United States/Mexico International Boundary and approximately one mile west of the Port of San Diego, California.

At approximately 2:25 AM, once the vessel docked, Agent Lebron made contact, identified himself as a Border Patrol Agent and conducted an immigration inspection. Each of the 21 individuals, including defendants, Jorge Luis ATONDO-Valdes, Noe Jonathan RUVALCAVA-Palominos, and Ulises Imanol SARABIA-Tellez, and material witnesses, Elibeth DE LEON-Gonzalez, Lucia Esmeralda GUZMAN-Coyoy, Martha HURTADO-Espinoza and Karla Marcelina URIBE-Arvizu, claimed to be citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. At approximately 2:35 AM, Agent Lebron placed all 21 individuals, including ATONDO, RUVALCAVA, SARABIA, DE LEON, GUZMAN, HURTADO and URIBE under arrest.

Defendant ATONDO was advised of his Miranda rights. ATONDO stated that he understood his rights and was willing to answer questions without an attorney present. ATONDO stated that he illegally entered the United States on April 28, 2021, aboard a panga boat. ATONDO claims he was going to pay between $10,000- $12,000 USD to be smuggled into the United States by boat. ATONDO claims that the individual who initially drove the panga for the first few hours, was the individual who was later identified as defendant, Ulises Imanol SARABIA-Tellez. ATONDO claims that around 11:00 PM, he took over and started operating the panga until they were apprehended. ATONDO also confessed to helping SARABIA with the handling of the gas tanks. ATONDO was presented with a photographic line-up that shows all 21

CONTINUATION OF COMPLAINT:
Jorge Luis ATONDO-Valdes,
Noe Jonathan RUVALCAVA-Palominos, Ulises Imanol SARABIA-Tellez,

individuals arrested in this event. ATONDO was able to identify SARABIA as the other operator of the panga.

Defendant RUVALCAVA was advised of his Miranda rights. RUVALCAVA stated that he understood his rights and was willing to answer questions without an attorney present. RUVALCAVA stated he was going to pay $5,000 USD to be smuggled into the United States. RUVALCAVA stated he was instructed to keep an eye out for planes, helicopters, and drones.

Defendant SARABIA was advised of his Miranda rights. SARABIA stated that he understood his rights and was willing to answer questions without an attorney present. SARABIA stated that he was going to pay 15,000.00 Mexican Pesos to be smuggled by panga. SARABIA stated that one of his friends from Acapulco, only known as "Francisco", asked him if he wanted to make money, he could get him a job as a refueler during the panga trip and SARABIA agreed. SARABIA stated this was his first trip and he would make more money on the next smuggling event. SARABIA was shown a photographic lineup and identified ATONDO as the boat driver. SARABIA also identified RUVALCAVA as the guide and individual who was supposed to be in communication with the load drivers to pick them up once they arrived in the United States.

Material witnesses DE LEON, GUZMAN, HURTADO and URIBE admitted to being citizens of a country other then the United States and not having any documents that would allow them to enter or remain in the United States legally. DE LEON, GUZMAN, HURTADO and URIBE admitted to making smuggling arrangements and had already paid or agreed to pay fees of $1,000.00 USD for being smuggled into the United States. DE LEON, GUZMAN and URIBE stated that they were taken to a beach in Rosarito, Mexico in order be smuggled into the United States via boat.  Once at the beach, DE LEON, GUZMAN and URIBE were boarded into a boat and taken out to sea. DE LEON, GUZMAN and URIBE made illegal entry into the United States on or about April 29, 2021. DE LEON and GUZMAN stated that they were out at sea for approximately between two and four hours. DE LEON, GUZMAN and URIBE stated that they feared for their life during their smuggling attempt because they are not strong swimmers.